**UNITED STATES of America, Plaintiff–Appellee,**

v.

**$2,280.00 IN UNITED STATES CURRENCY, Defendant,**

**and**

**John Harvey Goddard, Sr., Claimant–Appellant.**

No. 13–2434.

United States Court of Appeals, Fourth Circuit.

Submitted: April 17, 2014.

Decided: April 21, 2014.

John Harvey Goddard, Sr., Appellant Pro Se. John Castle Parr, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Harvey Goddard, Sr., appeals the district court's order denying his motion for reconsideration of a forfeiture judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. $2,280.00 in U.S. Currency*, No. 5:13–cv–00017–JPB (N.D.W.Va. Nov. 5, 2013). We grant Goddard's motion to proceed in forma pauperis on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*